```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03433
   FLAVIO S GONZALEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2473


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/27/2007 and was not confirmed.

     The case was dismissed without confirmation 07/16/2007.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
HOMEQ SERVICING CORP    CURRENT MORTG          .00            .00            .00
HOMEQ SERVICING CORP    MORTGAGE ARRE     41803.00            .00            .00
ASSET ACCEPTANCE LLC    UNSEC W/INTER        82.41            .00            .00
CHICAGO IMAGING LLC     UNSEC W/INTER    NOT FILED            .00            .00
CHICAGO IMAGING LLC     UNSEC W/INTER    NOT FILED            .00            .00
CITIBANK/SEARS          UNSEC W/INTER    NOT FILED            .00            .00
CREDIT PROTECTION       UNSEC W/INTER    NOT FILED            .00            .00
EMERGENCY MEDICAL       UNSEC W/INTER    NOT FILED            .00            .00
MIDWEST CARDIAC CNTR    UNSEC W/INTER    NOT FILED            .00            .00
NICOR GAS               UNSEC W/INTER       114.21            .00            .00
SPRINT PCS              UNSEC W/INTER       621.74            .00            .00
SPRINT PCS              UNSEC W/INTER    NOT FILED            .00            .00
ST ANTHONY              UNSEC W/INTER      6094.32            .00            .00
TARGET NATIONAL BANK    UNSEC W/INTER       100.56            .00            .00
ILLINOIS DEPT OF REVENUE UNSEC W/INTER      255.27            .00            .00
THAYER C TORGERSON      DEBTOR ATTY            .00                           .00
TOM VAUGHN              TRUSTEE                                              .00
DEBTOR REFUND           REFUND                                          2,500.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   2,500.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    2,500.00
                        ---------------       ---------------
TOTALS                    2,500.00               2,500.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03433 FLAVIO S GONZALEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 03433 FLAVIO S GONZALEZ